IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joseph E. Allen, #1137, | ) | C/A No.: 3:16-1912-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Sled Agency, S.C.; Lexington County | ) | |
| Sheriff's Department; Sowards, BD; | ) | |
| Mercle, M.S. (E72474); Dukes, S.R.; and | ) | |
| Neal Nelson, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Joseph E. Allen ("Plaintiff"), proceeding pro se, filed this action alleging a violation of his constitutional rights. On June 15, 2016, the court ordered Plaintiff to pay the $350 filing fee or complete the enclosed Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240) and to provide the service documents necessary to advance his case. [ECF No. 4]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The court issued a second order on July 15, 2016, asking Plaintiff to pay the $350 filing fee or complete the enclosed Form AO 240 and to provide the service documents necessary to advance his case. [ECF No. 9]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on August 8, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to

Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

September 7, 2016

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.