AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Joseph E. Allen,
*Plaintiff*
v.                                                    Civil Action No.    3:16-cv-01912-MBS-SVH

Sled Agency, S.C.; Lexington County Sheriff's Department; Sowards, B.D.; Mercle, M.S. (E72474); Dukes S.R.; Neal Nelson,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Joseph E. Allen, shall take nothing of the defendants, Sled Agency; Lexington County Sheriff's Department; Sowards; Mercle; Dukes; Neal Nelson, and this action is dismissed without prejudice.

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, dismissing the complaint without prejudice.

Date:   September 8, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/M. Walker
                                                             _____
                                                             *Signature of Clerk or Deputy Clerk*